**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-1445**

─────────────

BIANCA A. HUGHLEY,

        Plaintiff - Appellant,

     v.

BALTIMORE COUNTY GOVERNMENT,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:19-cv-01578-LKG)

─────────────

Submitted:  January 17, 2023                Decided:  January 19, 2023

─────────────

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Bianca A. Hughley, Appellant Pro Se.  Andrea Danielle Smith, BALTIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bianca A. Hughley appeals the district court's order granting summary judgment to Defendant and dismissing her civil action under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hughley v. Baltimore Cnty. Gov't*, No. 1:19-cv-01578-LKG (D. Md. Mar. 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
